Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Martin Wilson                                   Docket No.  1:17-MJ-520

### Petition on Probation

COMES NOW Kenneth G. Orsino, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Martin Wilson, who was placed on supervision by the Honorable Michael S. Nachmanoff, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 9th day of January, 2018, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date:  May 15, 2018 @ 10:00 a.m.

**ORDER OF COURT**

Considered and ordered this 23rd day of April, 20 18 and ordered filed and made a part of the records in the above case.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

Michael S. Nachmanoff
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Kenneth G. Orsino
2018.04.19 10:43:50 -04'00'

Kenneth G. Orsino
U.S. Probation Officer
(703) 366-2109

Place Manassas, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Wilson, Martin**

<u>OFFENSE</u>: Possession of Marijuana in violation of 21 U.S.C., Section 844.

<u>SENTENCE</u>: One (1) year supervised probation under 18 U.S.C., Section 3607, with the following special conditions: 1) the defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer; 2) the defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer; and 3) the defendant must return to court on January 8, 2019 (only if notified to do so).

<u>PROBATION VIOLATION</u>: On February 22, 2018, a letter was sent to Your Honor recommending no action be taken after the defendant submitted a urine screen that was positive for oxymorphone. On February 23, 2018, Your Honor agreed with this recommendation.

<u>ADJUSTMENT TO SUPERVISION</u>: The defendant currently resides in Lanham, Maryland, and is being supervised by U.S. Probation Officer Jeremy Beck with the District of Maryland. According to Officer Beck, the defendant resides with his parents and was recently terminated from his employment at the International Spy Museum in Washington, D.C. because of tardiness and poor performance.

The defendant has missed several substance abuse group meetings and scheduled urine screens. Officer Beck stated he has admonished the defendant regarding these violations of supervision and the defendant will be subjected to additional urinalysis testing and substance abuse treatment.

A recent record check was negative for any new law violations.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION #1:** "THE DEFENDANT MUST PARTICIPATE IN A DRUG EDUCATION PROGRAM OR TREATMENT PROGRAM, OR BOTH, IF ORDERED TO DO SO BY THE SUPERVISING PROBATION OFFICER."

On February 20, 2018, February 27, 2018, and March 13, 2018, the defendant failed to attend his scheduled substance abuse treatment sessions at the Renaissance Treatment Center. The defendant provided his probation officer with various reasons why he missed these appointments, including employment conflicts.

**SPECIAL CONDITION #2:** "THE DEFENDANT MUST UNDERGO DRUG TESTING, INCLUDING BUT NOT LIMITED TO URINALYSIS, IF ORDERED TO DO SO BY THE SUPERVISING PROBATION OFFICER."

On January 30, February 10, February 15, February 20, February 27, March 10, and March 13, 2018, the defendant failed to submit urine specimens as directed by his probation officer. The defendant provided his probation officer with various reasons why he missed these appointments, including employment conflicts.

**CONDITION 7:** USE OF OXYCODONE/OXYMORPHONE

On March 1, 2018, the defendant submitted a urine screen that tested positive for oxycodone/oxymorphone. The defendant admitted to using opiates on February 27, 2018, without a valid prescription. Mr. Wilson stated he used opiates because he had been terminated from his employment earlier that day.

KGO/lmg